IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:                              )
KYLE BRADFORD MITCHELL              )        CASE NO.: 25-40081-JJR13
SSN:  XXX-XX-7619                   )        CHAPTER 13
CORIE SHELBY MITCHELL               )
SSN:  XXX-XX-1285                   )
                                    )
        DEBTORS.                    )

CORIE SHELBY MITCHELL,              )
                                    )
        PLAINTIFF /                 )
        COUNTER-DEFENDANT,          )
                                    )
v.                                  )        A.P. CASE NO.: 25-40014-JJR
                                    )
DR. MINIYAR'S PEDIATRICS, P.C.,     )
                                    )
        DEFENDANT /                 )
        COUNTER-CLAIMANT.           )

## JOINT STIPULATION TO DISMISS
## ADVERSARY PROCEEDING WITHOUT PREJUDICE

Come now the parties to the above-styled adversary proceeding, by and through their

undersigned attorneys of record, and hereby stipulate that this Honorable Court may enter an

order dismissing the above-styled adversary proceeding without prejudice and with costs taxed

as paid.

                            s/Ralph K. Strawn, Jr. (e-signature with permission)
                            Ralph K. Strawn, Jr.
                            Attorney for Kyle B. Mitchell and Corie S. Mitchell
                            STRAWN & ROBERTSON, LLC
                            2401 Rainbow Drive
                            Gadsden, Alabama 35901
                            Telephone: (256) 459-4548
                            rstrawn@srlawfirm.comcastbiz.net

s/Bradley W. Cornett
Bradley W. Cornett
Attorney for Dr. Miniyar's Pediatrics, P.C.
FORD, HOWARD & CORNETT, P.C.
P. O. Box 388
Gadsden, Alabama 35902
Telephone: (256) 546-5432
Facsimile: (256) 546-5435
Brad@FordHowardCornett.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following parties by placing a copy of the same in the U. S. Mail with first-class postage affixed on this the 10th day of June, 2026:

Mr. Kyle Bradford Mitchell
Ms. Corie Shelby Mitchell
1042 County Road 137
Cedar Bluff, AL 35959

I hereby certify that I have served a copy of the foregoing upon the following parties by ECF filing at the electronic address listed below on this the 10th day of June, 2026:

Ralph K. Strawn, Jr., Esquire
rstrawn@srlawfirm.comcastbiz.net

Hon. Linda Baker Gore, Chapter 13 Trustee
noticetrustee@ch13gadsden.com

s/Bradley W. Cornett
OF COUNSEL