IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE: )
KYLE BRADFORD MITCHELL ) CASE NO.: 25-40081-JJR13
SSN: XXX-XX-7619 ) CHAPTER 13
CORIE SHELBY MITCHELL )
SSN: XXX-XX-1285 )
)
     DEBTORS. )

---

CORIE SHELBY MITCHELL, )
)
     PLAINTIFF / )
     COUNTER-DEFENDANT, )
)
v. ) A.P. CASE NO.: 25-40014-JJR
)
DR. MINIYAR'S PEDIATRICS, P.C., )
)
     DEFENDANT / )
     COUNTER-CLAIMANT. )

## <u>JOINT STIPULATION TO DISMISS</u><br><u>ADVERSARY PROCEEDING WITHOUT PREJUDICE</u>

Come now the parties to the above-styled adversary proceeding, by and through their

undersigned attorneys of record, and hereby stipulate that this Honorable Court may enter an

order dismissing the above-styled adversary proceeding without prejudice and with costs taxed

as paid.

<u>s/Ralph K. Strawn, Jr. (e-signature with permission)</u>
Ralph K. Strawn, Jr.
Attorney for Kyle B. Mitchell and Corie S. Mitchell
STRAWN & ROBERTSON, LLC
2401 Rainbow Drive
Gadsden, Alabama 35901
Telephone: (256) 459-4548
rstrawn@srlawfirm.comcastbiz.net

s/Bradley W. Cornett
Bradley W. Cornett
Attorney for Dr. Miniyar's Pediatrics, P.C.
FORD, HOWARD & CORNETT, P.C.
P. O. Box 388
Gadsden, Alabama 35902
Telephone: (256) 546-5432
Facsimile: (256) 546-5435
Brad@FordHowardCornett.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have served a copy of the foregoing upon the following parties by placing a copy of the same in the U. S. Mail with first-class postage affixed on this the 10th day of June, 2026:

Mr. Kyle Bradford Mitchell
Ms. Corie Shelby Mitchell
1042 County Road 137
Cedar Bluff, AL 35959

I hereby certify that I have served a copy of the foregoing upon the following parties by ECF filing at the electronic address listed below on this the 10th day of June, 2026:

Ralph K. Strawn, Jr., Esquire
rstrawn@srlawfirm.comcastbiz.net

Hon. Linda Baker Gore, Chapter 13 Trustee
noticetrustee@ch13gadsden.com

s/Bradley W. Cornett
OF COUNSEL